ZEMON v. WAYNE CIRCUIT JUDGE.

MANDAMUS — RECEIVERS — APPEAL AND ERROR — FINAL ORDER —
  REMEDY BY APPEAL ADEQUATE.
    A refusal to appoint a receiver in a judgment creditor's suit is
    not reviewable on mandamus.

Mandamus by David S. Zemon and another against
Henry A. Mandel, one of the circuit judges for the county
of Wayne, to compel respondent to appoint a receiver in a
judgment creditor's suit.   Submitted June 11, 1912.   (Cal-
endar No. 25,208.)   Writ denied July 22, 1912.

*Bernard B. Selling*, for relators.

*Berry & McCredie*, for respondent.

BROOKE, J.   Upon the application of relators, respond-
ent refused to appoint a receiver as prayed in a judgment
creditors' bill.   Relators thereupon applied to this court
for an order against respondent to show cause why a writ
of mandamus should not issue directing him to set aside
his order refusing to appoint a receiver and further direct-
ing him to appoint a receiver.   The order to show cause
issued, and the return is now before us.

We are met at the outset by the claim on the part of the
respondent that mandamus is not the proper remedy.   We
are of opinion that respondent is correct in this contention.
If the order in question is to be regarded as a final order,
an appeal will lie.   If not, the case may proceed to final
decree in the court below, which decree may be reviewed
by appeal.   The attitude of the court upon the question of
reviewing interlocutory orders by mandamus where there
is another adequate remedy has frequently been made
known.   See *Mardian* v. *Wayne Circuit Judge*, 118

Mich. 353 (76 N. W. 497), and cases cited; *Tarsney* v. *Wayne Circuit Judge*, 152 Mich. 641 (116 N. W. 465), and cases cited.

The writ is denied.

MOORE, C. J., and STEERE, McALVAY, STONE, OSTRANDER, and BIRD, JJ., concurred. BLAIR, J., did not sit.